In the Matter of the Application of Nathan B. Chadsey for Admission to the Bar.— Application granted and order signed.  Present — Woodward, Jenks, Burr, Rich and Miller, JJ.

In the Matter of Acquiring Title by The City of New York to Certain Lands and Premises Situated in the Counties of Kings and Queens, in the State of New York, Beginning at Hemlock Street, etc.— Motion denied, without costs.  Present — Woodward, Jenks, Burr, Rich and Miller, JJ.

In the Matter of the Application Pursuant to Chapter 483 of the Laws of 1909* of The German Legal Aid Association, a Corporation Organized under the Provisions of the Membership Corporations Law, etc.— Let the articles of incorporation be submitted to the court.  Present — Woodward, Jenks, Burr, Rich and Miller, JJ.

In the Matter of the Summary Proceedings by Hyman Kleinstein, Respondent, v. Dora Gonsky and Others, Appellants.— Motion denied on condition that the appellants perfect their appeal and place the same upon the next calendar of this court and pay to the respondent ten dollars costs within ten days; otherwise motion granted, with costs.  Present — Woodward, Jenks, Burr, Rich and Miller, JJ.

In the Matter of the Application, Pursuant to Chapter 483 of the Laws of 1909,* of National Syndicate of Importers, Manufacturers and Jobbers, a Corporation Organized under the "Business Corporation Law" of the State of New York, for Approval by the Appellate Division of the Supreme Court of the Existence of Said Corporation, etc.— Application denied.  Present — Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ.

In the Matter of Supplementary Proceedings.  Title Guarantee and Trust Company, Respondent, v. Max Brown, Appellant.— Motion denied, without costs.  Present — Woodward, Jenks, Burr, Rich and Miller, JJ.

Louise H. Lake, Respondent, v. Snor Albert Swenson, Appellant.— Motion to dismiss appeal from judgment granted.  Motion to dismiss appeal from order

* See Penal Law, § 280.— [REP.